# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| HERBERT E. KNUDSON, | ) | 2:10-CV-00130-PMP-RJJ |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| AMALGAMATED TRANSPORTATION UNION LOCAL 1637, RICK VALERO, | ) | |
| Defendants. | ) | |

The Court having read and considered Defendant Amalgamated Transportation's Motion to Set Aside the Entry of Default (Doc. #17), filed on September 16, 2010, and Plaintiff Knudson's Response in Opposition thereto (Doc. #18), and good cause appearing,

**IT IS ORDERED that** Defendant Amalgamated Transportation's Motion to Set Aside the Entry of Default (Doc. #17) is **GRANTED**.

**IT IS FURTHER ORDERED that** Defendant Amalgamated Transportation Union Local 1637 shall have to and including **October 22, 2010,** within which to file an answer or otherwise pled in response to Plaintiff's Complaint.

DATED: October 8, 2010.

_____
PHILIP M. PRO
United States District Judge