# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HERBERT E. KNUDSON,        )<br>                                        )<br>        Plaintiff,            )<br>                                        )<br>vs.                                )<br>                                        )<br>AMALGAMATED              )<br>TRANSPORTATION UNION LOCAL   )<br>1637; RICK VALERO,           )<br>                                        )<br>                                        )<br>        Defendants.          )<br>_____ ) | 2:10-CV-00130-PMP-RJJ<br><br><br>**<u>ORDER</u>** |

Before the Court for consideration is Defendant's Motion to Dismiss (Doc. #21), filed on October 20, 2010, and Plaintiff's Motion for Writ of Execution (Doc. #24) filed November 3, 2010.  The Court finds that Defendant's fully briefed Motion to Dismiss (Doc. #21) should be granted for the reasons set forth therein, and that Plaintiff's Motion for Writ of Execution (Doc. #24) should be denied.

Specifically, the Court finds Plaintiff's Complaint must be dismissed because it was not commenced within 90 days of obtaining the right-to-sue notice from the Equal Employment Opportunity Commission and is thus time-barred. Additionally, Plaintiff's Complaint fails to establish that ATU Local 1637is a proper Defendant or that Defendant ATU Local 1637 violated rights secured to Plaintiff under the Constitution of the United States.

///

///

2

1    **IT IS THEREFORE ORDERED that** Defendant's Motion to Dismiss

2  (Doc. #21) is **GRANTED**.

3    **IT IS FURTHER ORDERED that** Plaintiff's Motion for Writ of

4  Execution (Doc. #24) is **DENIED**.

5

6  DATED:  November 16, 2010.

7

8  _____
   PHILIP M. PRO

9  United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26